UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELYE KRAMER,

                    Plaintiff,

    -against –

ENHANCED RECOVERY COMPANY d/b/a/
ERC,

                    Defendant.
-------------------------------------------------------------X

**O R D E R**

7:21-CV-7542 (CS)

<u>Seibel, J.</u>

    It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated: November 8, 2021

    White Plains, New York

*Cathy Seibel*

_____

CATHY SEIBEL, U.S.D.J.